

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00314-CV

| | | |
|---|---|---|
| Kalsoom Ahmad | § | From the 324th District Court |
| | § | of Tarrant County (324-494783-11) |
| v. | | |
| | § | May 8, 2014 |
| Sanjay Mathur | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel